# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAY MCCLURG,**<br><br>        Plaintiff,<br><br>    v.<br><br>**SANOFI-AVENTIS U.S. LLC, et al.**<br><br>        Defendants. | No.  2:23-cv-02577-KES-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>**(Doc. 33)** |

On January 29, 2025, the parties filed a joint stipulation dismissing the action with prejudice.  (Doc. 33.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 30, 2025**                    */s/ Sheila K. Oberto                *
                                                                              UNITED STATES MAGISTRATE JUDGE